UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BIANCA KEENON,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE ARRENDONDO and REEK EXPRESS, INC., a foreign corporation,<br><br>    Defendant. | No. 1:22-cv-05499 |

## NOTICE OF REMOVAL TO FEDERAL COURT

NOW COME the Defendants, REEK EXPRESS, INC., a foreign corporation, and JOSE ARREDONDO, by and through their attorneys, Jayne Bart-Plange of CASSIDAY SCHADE LLP, and for their Notice of Removal to Federal Court, states as follows:

1. Plaintiff, BIANCA KEENON, filed a Complaint at Law in the Circuit Court of Cook County, Illinois, on August 17, 2022. Plaintiff alleges negligence against Defendants as a result of a motor vehicle accident occurring on August 26, 2020 in Cook County, Illinois. *See* Complaint, attached hereto as **Exhibit A.**

2. Plaintiff seeks damages in excess of $50,000.00. **Ex. A.**

3. Pursuant to 28 U.S.C. § 1332, a party may invoke Federal Jurisdiction where there is (1) complete diversity of the Parties, and (2) more than $75,000 in controversy alleged.

4. First, there is complete diversity of the parties. Plaintiff, per the Driver Information Exchange, is a resident of Calumet City, Illinois. *See* Driver Information Exchange, attached hereto as **Exhibit B.** Plaintiff is therefore a citizen of the State of Illinois. Defendant, REEK EXPRESS, INC., is a Texas corporation with its principal place of business in Laredo, Texas. **Ex. B.** Defendant, JOSE ARREDONDO, likewise resides in Laredo, Texas, and therefore is a citizen of the State of Texas. **Ex. B.** Accordingly, diversity exists between Plaintiff and all Defendants.

1

5.  Second, this matter contains more than $75,000 in controversy. Since the Illinois Code of Civil Procedure does not require a party to plead a maximum amount of damages in a state court filing, Plaintiff claims only that her damages *exceed* $50,000 in her underlying State Court Complaint. *See* 28 U.S.C. § 1446(c)(2)(A)(ii) (emphasis added). However, the nature of Plaintiff's alleged injuries, as well as the anticipated value of her economic and non-economic damages, clearly place more than $75,000 in controversy in this matter. *See* 28 U.S.C. § 1446(c)(2)(B).

6.  Specifically, Plaintiff claims personal injury to her neck, upper back, and shoulders, as well as medical expenses related to treatment.

7.  As such, this lawsuit satisfies both requirements for diversity jurisdiction as (1) complete diversity between the parties exists, and (2) Plaintiff's alleged injuries and damages place more than $75,000 in controversy.

8.  Additionally, removal must be into the district court sitting in the district where the state court action is currently pending. 28 U.S.C. § 1441(a). Therefore, this action must be removed to this Court as the Northern District of Illinois is the Federal Court sitting in the district where the State Court case is currently pending (Cook County).

9.  Defendants timely filed their Notice of Removal pursuant to 28 U.S.C. § 1446(b)(2)(B).

WHEREFORE, Defendants, REEK EXPRESS, INC., a foreign corporation, and JOSE ARREDONDO, respectfully requests this cause of action be removed to the United States District Court for the Northern District of Illinois, Eastern Division.

Respectfully submitted,

FIRST TRANSIT, INC., an Illinois Corporation, and MARIAN R. BYRD

By: /s/ *Jayne Bart-Plange*

Jayne Bart-Plange | ARDC No. 6320269
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
jbart-plange@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2022 I electronically filed the foregoing document with the clerk of the court for , using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

/s/ *Jayne Bart-Plange*

11203229