All Law Division initial Case Management Dates will be heard via ZOOM.
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Agg4906_SelectTab/12
Remote Court date: 10/19/2022 9:30 AM

serve

Attorney Code: 57628

FILED
8/17/2022 12:04 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L007403
Calendar, R
19122297

STATE OF ILLINOIS )
) SS
COOK COUNTY )

FILED DATE: 8/17/2022 12:04 PM 2022L007403

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

BIANCA KEENON, )
)
Plaintiff, )    Case No.
)
v. )
)
JOSE ARRENDONDO AND REEK )
EXPRESS, INC., A FOREIGN )
CORPORATION, )
)
Defendants. )

SUMMONS

Please Serve:
Reek Express Inc o/b/o
Jose Arrendondo
8620 San Gabriel Dr.
Laredo, TX 78045

To each defendant:

    YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room* 801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT. To the officer:
    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

8/17/2022 12:04 PM IRIS Y. MARTINEZ

WITNESS,_____

Clerk of Court

Date of service:

Name: Kevin J. McNamara Law Offices, P.C.
Attorney for Plaintiff
Address: 650 N. Dearborn Street Suite 750
City/Zip: Chicago, IL 60654
Telephone: 312-201-8850
Atty. No. 57628
kevin@kevinmcnamaralaw.com

**EXHIBIT A**

All Law Division initial Case Management Dates will be heard via ZOOM.
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Agg4906_SelectTab/12
Remote Court date: 10/19/2022 9:30 AM

FILED
8/17/2022 12:04 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L007403
Calendar, R
19122297

Attorney Code: 57628

STATE OF ILLINOIS  )
                     ) SS
COOK COUNTY    )

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| BIANCA KEENON, | ) |
| Plaintiff, | ) |
| | ) Case No. |
| v. | ) |
| | ) |
| JOSE ARRENDONDO AND REEK EXPRESS, INC., A FOREIGN CORPORATION, | ) |
| | ) |
| Defendants. | ) |

### COMPLAINT

### COUNT I

NOW COMES the plaintiff, BIANCA KEENON, by and through plaintiff's attorneys, KEVIN J. MCNAMARA LAW OFFICES, P.C., and complaining of the defendant, JOSE ARRENDONDO, states as follows:

1. On and before August 26, 2020 Vincennes Road was a public roadway running in a general east and west direction and I-294 was a public roadway running in a general north and south direction, said streets intersecting in the Township of Thorton, Cook County, State of Illinois.

2. At the time and place aforesaid, plaintiff, BIANCA KEENON, operated, managed, maintained and controlled a motor vehicle, in a northbound direction on I-294, at or near its intersection with Vincennes Road in the rightmost lane.

3. At the time and place aforesaid, the defendant, JOSE ARRENDONDO, operated, managed, maintained and controlled a motor vehicle in a northbound direction on I-294 at or near its intersection with Vincennes Road where he changed lanes from the center lane into the rightmost lane.

4. At the time and place aforesaid, the front passenger portion of the vehicle being operated by defendant, JOSE ARRENDONDO, came into contact with the driver side portion of the vehicle being operated by plaintiff, BIANCA KEENON.

5. At the time and place aforesaid, the defendant, JOSE ARRENDONDO, was negligent in one or more of the following acts or omissions:

   a. operated a motor vehicle into another motor vehicle;

   b. operated a motor vehicle without keeping a proper and sufficient lookout;

   c. failed to reduce speed to avoid a collision;

   d. operated a motor vehicle at speeds excessive for traffic conditions, in violation of 625 ILCS 5/11-601;

   e. impeded the ordinary flow of traffic;

   f. performed an unsafe lane change;

   g. fail to yield the right of way in an active lane of traffic;

6. As a direct and proximate result of one or more of the aforesaid negligent acts or omissions, the plaintiff, BIANCA KEENON, sustained injuries of a personal and pecuniary nature.

WHEREFORE, the plaintiff, BIANCA KEENON, by and through plaintiff's attorneys, KEVIN J. MCNAMARA LAW OFFICES, P.C., demands judgment against the defendant, JOSE

FILED DATE: 8/17/2022 12:04 PM 2022L007403

ARRENDONDO, in an amount in excess of the jurisdictional limits of this court, plus costs of this suit and such other relief as the Court may deem appropriate.

## COUNT II

NOW COMES the plaintiff, BIANCA KEENON, by and through plaintiff's attorneys, KEVIN J. MCNAMARA LAW OFFICES, P.C., and complaining of the defendant, REEK EXPRESS, INC., states as follows:

7. On and before August 26, 2020 Vincennes Road was a public roadway running in a general east and west direction and I-294 was a public roadway running in a general north and south direction, said streets intersecting in the Township of Thorton, Cook County, State of Illinois.

8. At the time and place aforesaid, plaintiff, BIANCA KEENON, operated, managed, maintained and controlled a motor vehicle, in a northbound direction on I-294, at or near its intersection with Vincennes Road in the rightmost lane.

9. At the time and place aforesaid, the defendant, JOSE ARRENDONDO, operated, managed, maintained and controlled a motor vehicle in a northbound direction on I-294 at or near its intersection with Vincennes Road where he changed lanes from the center lane into the rightmost lane.

10. At the time and place aforesaid, the defendant, REEK EXPRESS INC., by and through its agent, employee, and authorized driver, JOSE ARRENDONDO, operated, managed, maintained and controlled a motor vehicle in a northbound direction on I-294 at or near its intersection with Vincennes Road where he changed lanes from the center lane into the rightmost lane.

3

11. At the time and place aforesaid, the front passenger portion of the vehicle being operated by defendant, JOSE ARRENDONDO, came into contact with the driver side portion of the vehicle being operated by plaintiff, BIANCA KEENON.

12. At the time and place aforesaid, the front passenger portion of the vehicle being operated by defendant, REEK EXPRESS INC., by and through its agent, employee, and authorized driver, JOSE ARRENDONDO, came into contact with the driver side portion of the vehicle being operated by plaintiff, BIANCA KEENON.

13. At the time and place aforesaid, the defendant, REEK EXPRESS INC., was negligent in one or more of the following acts or omissions:

   a. operated a motor vehicle into another motor vehicle;

   b. operated a motor vehicle without keeping a proper and sufficient lookout;

   c. failed to reduce speed to avoid a collision;

   d. operated a motor vehicle at speeds excessive for traffic conditions, in violation of 625 ILCS 5/11-601;

   e. impeded the ordinary flow of traffic;

   f. performed an unsafe lane change;

   g. fail to yield the right of way in an active lane of traffic;

14. As a direct and proximate result of one or more of the aforesaid negligent acts or omissions, the plaintiff, BIANCA KEENON, sustained injuries of a personal and pecuniary nature.

WHEREFORE, the plaintiff, BIANCA KEENON, by and through plaintiff's attorneys, KEVIN J. MCNAMARA LAW OFFICES, P.C., demands judgment against the

defendant, REEK EXPRESS, INC., in an amount in excess of the jurisdictional limits of this court, plus costs of this suit and such other relief as the Court may deem appropriate.

/s/ _____
One of Plaintiff's Attorneys

Kevin McNamara Law Offices, P.C.
650 N. Dearborn Street, Suite 750
Chicago, IL 60654
312-201-8850
kevin@kevinmcnamaralaw.com

FILED DATE: 8/17/2022 12:04 PM 2022L007403

Attorney Code: 57628

STATE OF ILLINOIS )
) SS
COOK COUNTY )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| BIANCA KEENON, ) | |
| ) | |
| Plaintiff, ) | Case No. |
| ) | |
| v. ) | |
| ) | |
| JOSE ARRENDONDO AND REEK ) | |
| EXPRESS, INC., a foreign corporation, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT

1. I, KEVIN J. MCNAMARA, attorney with the law firm of KEVIN J. MCNAMARA LAW OFFICES, P.C., am duly licensed to practice law in the State of Illinois.
2. I have reviewed the facts of this case and the damages resulting from the aforementioned injury.
3. Upon review I have concluded that the plaintiff has a meritorious claim for damages in an amount in excess of $50,000.00.

_____
One of Plaintiff's Attorneys

Kevin McNamara Law Offices, P.C.
650 N. Dearborn Street, Suite 750
Chicago, IL 60654
312-201-8850
kevin@kevinmcnamaralaw.com